E-FILED
Tuesday, 18 September, 2007   11:37:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TERRY KEIGHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-2116 |
| ) | |
| BERNIE THOMPSON, TIM BUKOWSKI, ) | |
| and TIM NUGENT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 6, 2007, the Magistrate Judge filed a Report and Recommendation (#33) in the above cause. The Magistrate Judge recommended that Defendant Bukowski's Motion to Dismiss (#16) be DENIED.

On September 12, 2007, Defendant Bukowski filed his Objection to the Report and Recommendation (#35). This court has reviewed the Magistrate Judge's reasoning and the Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant Bukowski's Motion to Dismiss (#16) is DENIED. Defendant Bukowski is allowed twenty-one (21) days from entry of this order to file an answer to Plaintiff's complaint.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 18th day of September, 2007

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE